IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTONIO COTA,          )
                       )
     Plaintiff,        )     Case No. 1:10-cv-232-SJM-SPB
                       )
v.                     )
                       )
ARCHIE B. LONGLEY,     )
                       )
     Defendant.        )

## MEMORANDUM ORDER

Plaintiff's civil rights complaint was received by the Clerk of Court on September 17, 2010 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on December 6, 2010 [3], recommends that the instant civil rights action be dismissed for Plaintiff's failure to prosecute. Plaintiff was allowed fourteen (14) days from the date of service in which to file objections. Service was made on Plaintiff by certified mail at FCI-McKean, where he is incarcerated. No objections to the Report and Recommendation have been filed. After de novo review of the complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 27th Day of December, 2010;

IT IS ORDERED that the instant civil rights action be, and hereby is, DISMISSED for Plaintiff's failure to prosecute.

The Report and Recommendation of Magistrate Judge Baxter, filed on December 6, 2010 [3], is adopted as the opinion of this Court.

                                                         s/ <u>Sean J. McLaughlin</u>
                                                             SEAN J. McLAUGHLIN
                                                              United States District Judge

cm:    All parties of record
        U.S. Magistrate Judge Susan Paradise Baxter